UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBERT NIKORA, | Case No. 15-CV-02533-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| CRAY INC., | |
| Defendant. | |

Plaintiff's Attorney: Sebastian Miller
Defendant's Attorneys: Dan McCoy; Saundra Riley; Kunyu Ching

An initial case management conference was held on September 16, 2015. A further case management conference is set for December 16, 2015, at 2:00 p.m. The parties shall file their joint case management statement by December 9, 2015.

There will be no stay of discovery.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Deadline to Complete Mediation | December 3, 2015 |
| Last Day to Amend the Pleadings or Add Parties | December 15, 2015 |
| Further Case Management Conference | December 16, 2015, at 2:00 p.m. |

Case No. 15-CV-02533-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
|---|---|
| Deadline to Disclose Proposed Expert Witnesses | June 1, 2016 |
| Opening Expert Reports | June 22, 2016 |
| Rebuttal Expert Reports | July 6, 2016 |
| Close of Expert Discovery | July 20, 2016 |
| Close of Fact Discovery | July 20, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | August 3, 2016 |
| Hearing on Dispositive Motions | September 15, 2016, at 1:30 p.m. |
| Final Pretrial Conference | December 1, 2016, at 1:30 p.m. |
| Jury Trial | January 17, 2017, at 9:00 a.m. |
| Length of Trial | 2 weeks |

**IT IS SO ORDERED.**

Dated: September 16, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-02533-LHK
CASE MANAGEMENT ORDER