| | |
|---|---|
| Sebastian L. Miller (CSB No. 265793)<br>sebastian@sebastianmillerlaw.com<br>SEBASTIAN MILLER LAW, P.C.<br>900 Lafayette Street, Suite 201<br>Santa Clara, CA  95050<br>Telephone:  (408) 348-1728<br>Facsimile: (408) 716-3149<br><br>Attorneys for Plaintiff<br>ROBERT NIKORA | DANIEL J. MCCOY (CSB No. 206099)<br>dmccoy@fenwick.com<br>SAUNDRA L. M. RILEY (CSB No. 218084)<br>sriley@fenwick.com<br>KUNYU CHING (CSB No. 292616)<br>kching@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:     650.988.8500<br>Facsimile:      650.938.5200<br><br>Attorneys For Defendant<br>CRAY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT NIKORA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CRAY INC.,<br><br>                    Defendant. | Case No.: 15-cv-02533-LHK<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiff Robert Nikora ("Nikora") and Defendant Cray Inc. ("Cray") hereby notify the
2  Court that they have reached an agreement in principle that will result in dismissal of this action
3  with prejudice.  The Parties reached their agreement in principle on December 8, 2015.  The
4  Parties are currently in the process of memorializing the terms of their agreement in a binding
5  settlement agreement.  In the interests of judicial efficiency and avoiding unnecessary litigation-
6  related expenses, the Parties respectfully request that the Court continue the case management
7  conference currently scheduled for December 16, 2015 for sixty days.

Dated: December 9, 2015                SEBASTIAN MILLER LAW. P.C.


                                        By:    */s/ Sebastian L. Miller*
                                               Sebastian L. Miller

                                               Attorneys for Plaintiff
                                               ROBERT NIKORA


Dated:  December 9, 2015               FENWICK & WEST LLP


                                        By: */s/ Kunyu Ching*
                                            Kunyu Ching

                                            Attorneys for Defendant
                                            CRAY INC.

JOINT NOTICE OF SETTLEMENT
AND REQUEST TO CONTINUE CMC
AND [PROPOSED] ORDER                          1                    Case No. 5:15-cv-02533-LHK

**ATTORNEY ATTESTATION**

I, Kunyu Ching, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 9, 2015    FENWICK & WEST LLP

By: */s/ Kunyu Ching*
    Kunyu Ching
    Attorneys for CRAY INC.

**[PROPOSED] ORDER**

Pending finalization of the parties' settlement agreement and subsequent dismissal of this action with prejudice, the Court hereby continues the case management conference currently scheduled for December 16, 2015 to February 17, 2016 at 2:00 p.m. There is no stay of discovery.

IT IS SO ORDERED.

Dated:  December 10 , 2015

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge